# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3030
_____

LAWRENCE CRAWFORD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Russell Healey, Judge.

July 9, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Lawrence Crawford, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.